UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | CASE NO.: 1:23-CV-11705 |
| | ) | |
| Plaintiff, | ) | JUDGE ANGEL KELLEY |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| 75 STATE OWNER, LLC, | ) | **STIPULATION TO DISMISS** |
| | ) | **PLAINTIFF'S COMPLAINT WITH** |
| Defendant. | ) | **PREJUDICE AND WITHOUT** |
| | ) | **ATTORNEYS' FEES OR COSTS** |

Plaintiff and Defendant through their respective attorneys, stipulate and agree to a dismissal of Plaintiff's Complaint as to Defendant with prejudice and with each party to bear their own attorneys' fees and costs. The parties further stipulate and agree that entry of this Order will resolve all pending claims against Defendant and close this matter.

STIPULATED AND AGREED TO BY:

/s/ *COLIN G. MEEKER*
COLIN G. MEEKER

Attorney for Plaintiff Derek Mortland,

/s/ *MATTHEW P. HORVITZ*
MATTHEW P. HORVITZ

Attorney for Defendant 75 State Owner, LLC,

UNITED STATES DISTRICT COURT
OF MASSACHUSETTS

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | CASE NO.: 1:23-CV-11705 |
| | ) | |
| Plaintiff, | ) | JUDGE ANGEL KELLEY |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| 75 STATE OWNER, LLC, | ) | **ORDER DISMISSING PLAINTIFF'S** |
| | ) | **COMPLAINT WITH PREJUDICE AND** |
| Defendant. | ) | **WITHOUT ATTORNEYS' FEES OR** |
| | ) | **COSTS** |

IT IS HEREBY ORDERED that Plaintiff's Complaint against Defendant is dismissed with prejudice, and Plaintiff and Defendant bear their own attorneys' fees and costs. Entry of this order resolves all pending claims and dismisses Defendant from this matter and closes this case.

IT IS SO ORDERED.


Date: _____    _____

JUDGE ANGEL KELLEY